IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE EICHLER, | No. CIV S-09-1032-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| J. TILTON, et al., | |
| Defendants. | |
| _____ / | |

  Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to the court by the Ninth Circuit Court of Appeals to certify whether the appeal is taken in good faith. See 28 U.S.C. § 1915(a)(3).

  Having reviewed the entire file, the court certifies that the appeal is <u>not</u> taken in good faith. For the reasons stated in the court's April 15, 2011, findings and recommendations, plaintiff has not stated a claim upon which relief can be granted.

  Accordingly, IT IS HEREBY ORDERED that:

  1. The appeal is <u>not</u> taken in good faith; and

///

///

1

2. The Clerk of the Court is directed to serve a copy of this order on the Pro Se Unit at the Ninth Circuit Court of Appeals.

Dated: June 24, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE